■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERESA MERIDA, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Boklan, J.),

rendered January 7, 1987, convicting her of criminal sale of a controlled substance in the second degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed *(see, People v Rosado,* 123 AD2d 334). Mollen, P. J., Bracken, Rubin and Sullivan, JJ., concur.